# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR 18-58-LTS |
| vs. | ) | |
| | ) | **VICTIM IMPACT STATEMENT** |
| | ) | |
| KEVIN HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

Minor Victim, A.H. provides the following Victim Impact Statement:

Kevin Herring, or as I knew him, KG, showed me something I saw before as prostitution and turned it into something I welcomed in as a lifestyle and made it feel normal to me. Maybe it was not everyone's thing but it was my new thing. In my eyes, that is impactful enough. That I began to think selling my body was normal. But I realize now that putting my body up for sale no longer makes me priceless, but actually puts a price on me.

I can't lie; KG or Kevin made me feel wanted, needed, important, special, beautiful, and smart, made me feel loved. I saw him as a grown, matured, handsome man, so when he said "trust me" I felt like I should because he was a grown man. Grown means mature and being mature meant I should trust him. So I trusted him, believing he would only help me and care for me. But that also meant I needed to help him, which meant I needed to sell myself to men who didn't have any good intentions. He had me believing he loved me and cared about me and that we were going to have a future together. I just needed to help him get back on track.

Without his compliments and promises, I felt ugly, worthless, dumb, not loved, scared. I had my self-esteem and self-confidence at zero because of him. I still struggle to this day with

confidence and self-esteem.  What he put me through makes me feel disgusting. The longest shower with the hottest water, best body wash/soap and best wash rag, couldn't make me feel clean.

I feel dirty because he couldn't be a real man and work for his own because he couldn't hold his own. He had me confusing being used for being loved, being helped for being hurt. He opened a door up to creepy perverted grown men and now I am constantly thinking, "What is this person's motive."  I can't get rid of these thoughts or feelings.

| | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record therein at their respective addresses disclosed on the pleadings<br>on _____August 20, 2019____<br>by: _____ U.S. mail          _____ fax<br>       _____ hand delivered  _____ overnight courier<br>       _____ certified mail    ___X__ EDMS<br>Signature___/s/Lorraine A. Gaynor_____ | RESPECTFULLY SUBMITTED,<br><br>/s/Lorraine A. Gaynor<br>Lorraine A. Gaynor                    AT0011144<br>Iowa Legal Aid<br>1700 South 1st Ave, Suite 10<br>Iowa City, Iowa 52240<br>tel.: 319-351-6570 │ fax: 319-351-0079<br>lgaynor@iowalaw.org<br>*Counsel for A.H.* |