# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3248

United States of America

Appellee

v.

Kevin Herring

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:18-cr-00058-LTS-1)
_____

**ORDER**

Attorney, John Bishop is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

October 16, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans